Núm. 8.—Sánchez, Jr., dmdte. *v.* Comisión Industrial, dmdos. Enero 13, 1937.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Examinada la solicitud que antecede y los documentos acompañados a la misma a la luz del caso de *Amenguar* v. *Comisión Industrial,* 49 D.P.R. 10, y tratándose, como se trata, únicamente de una cuestión de apreciación de prueba, no ha lugar a la revisión solicitada.

Los Jueces Asociados Sres. Wolf y Córdova Dávila no intervinieron.